María Candelas, demandante y apelante, *v.* José Gándara, demandado y apelado.

No. 4979.—*Sometido:* Febrero 13, 1930. *Resuelto:* Mayo 21, 1931.

*A. L. López,* abogado del apelante; *Villamil & Reguero,* abogados del apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

La demandante apela de una sentencia que declara su demanda sin lugar y para sostener su recurso alega dos motivos, a saber: que la corte inferior cometió error al desestimar su petición de que dictara sentencia por las alegaciones y al declarar sin lugar su demanda por insuficiencia de la prueba.

En la demanda se alega substancialmente que en la fecha que menciona viajaba la demandante como pasajera mediante pago en un ómnibus (guagua) de servicio público, propiedad del demandado, y que al doblar una curva del camino con mucha rapidez se reventaron las correas de la goma de repuesto y ésta cayó sobre la carretera, volviendo hacia arriba, y que al caer pinchó el brazo izquierdo de la demandante, que tenía apoyado en la baranda de la guagua, sufriendo una lesión en él, que le ha causado daños y perjuicios en cantidad de $5,000.

El demandado opuso excepción previa a esa demanda

alegando que no aduce hechos suficientes para determinar una causa de acción pero fué rechazada por la Corte y entonces presentó su contestación jurada.

El día que fué señalado para el juicio y después de manifestar las partes que estaban preparadas para él, solicitó la demandante que fuesen eliminadas por la Corte determinadas alegaciones de la contestación por no contener negaciones específicas de ciertos hechos de la demanda, a lo que se opuso el demandado, pero las partes aceptaron la indicación de la Corte de resolver esa cuestión después que se presentase la prueba. La de la demandante consistió en su propia declaración, habiendo admitido el demandado que otras tres personas declararían lo mismo que ella. Esa declaración es substancialmente igual a lo que dice en su demanda y no añade hecho o circunstancia alguna que la demanda no tenga. El demandado no presentó prueba y solicitó sentencia a su favor, fundado en que la de la demandante no es suficiente para sostener una sentencia condenatoria. La parte apelada no ha comparecido en este recurso.

La demanda no ha sido mejorada por la prueba. La excepción que a ella opuso el demandado debió ser declarada con lugar, pues no contiene alegación alguna de acto u omisión que proveniente de culpa o negligencia haga responsable al demandado, de acuerdo con el artículo 1803 del Código Civil, del daño que ha sufrido la demandante. · Por la demanda no puede llegarse a la conclusión de que la goma de repuesto del ómnibus (guagua) reventó las correas que la sujetaban, cayó a la carretera y produjo el daño a la demandante porque el demandado o su empleado la amarraron o sujetaron al ómnibus en forma tan descuidada o con correas tan deficientes que tenían que reventarse.

*En vista de la conclusión a que llegamos no es necesario resolver el primero de los motivos de error alegado y la sentencia apelada debe ser confirmada.*